IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,                Civil Action No. 5:06-CV-00016 (FJS/GHL)

-vs-

$2,308 IN UNITED STATES CURRENCY,

        Defendant.

## ORDER DIRECTING ENTRY OF AN UNCONTESTED JUDGMENT OF FORFEITURE

A verified complaint for forfeiture having been filed with the Clerk of the United States District Court on January 5, 2006 seeking forfeiture of $2,308 in United States Currency, and a Warrant of Arrest *In Rem* having been issued by the Clerk of the United States District Court, authorizing and directing the United States Marshals Service to arrest and detain the defendant property in its custody, thereby bringing the defendant property under the jurisdiction of this Court; and all known interested parties having been served by the United States Marshals Service with a copy of the Notice of Complaint for Forfeiture, Warrant of Arrest *In Rem*, and Verified Complaint for Forfeiture; and

The Court having issued on April 21, 2006 an Order Barring All Further Claims, directing that the Untied States re-publish its Notice of Complaint for Forfeiture to correct a typographical error for the return date of the Warrant of Arrest *In Rem* and to publish the said Notice in the correct newspaper, and to allow sufficient time for any potential claimants to interpose a claim or answer or to attend a hearing; and

Notice of this forfeiture action and seizure having been published in the Utica Observer-Dispatch on 5/4/06, 5/11/06, and 5/18/06, and thirty days having passed since the last date of publication of the Notice of this forfeiture action; and this matter having come on this Court's calendar on June 27, 2006 and no one having entered a written or verbal appearance or objection as a claimant, now, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that all claims with regard to the defendant property are forever barred; and it is further

**ORDERED, ADJUDGED AND DECREED**, that all right, title and interest to the defendant property above-captioned be and the same hereby is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6); and it is further

**ORDERED, ADJUDGED AND DECREED**, that the United States Marshals Service shall dispose of the property in accordance with law; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the costs of this action be borne by the United States of America; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Clerk shall enter judgment in accordance with this Order.

Dated: _June 27_, 2006
      at Syracuse, New York

SO ORDERED:

_____
HON. FREDERICK J. SCULLIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE