# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

-vs-

**$2,308 IN UNITED STATES CURRENCY,**

           **Defendant.**

**JUDGMENT IN A CIVIL CASE**
Civil Action No. 5:06-CV-00016 (FJS/GHL)

WHEREAS, by virtue of the Order Directing Entry of An Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on ___June 27___, 2006, it is hereby

ORDERED, ADJUDGED AND DECREED, that the property known as $2,308 in United States Currency be forfeited to the United States of America for disposition in accordance with law.

___June 27, 2006___  
Date

___Lawrence K. Baerman___  
Clerk

*Barbara J. Woodford*  
(By) Deputy Clerk